IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL T. MAINA                                                     PLAINTIFF

Vs.                     CASE NO.  4:10cv01975 JMM

ACXIOM CORPORATION                                     DEFENDANT

### ORDER

The Court has been unable to contact Plaintiff's counsel.  The Plaintiff is directed to file his Pretrial Disclosure Sheet [Fed.R.Civ.P 26(a)(3)] no later than **Wednesday, April 4, 2012.**[1]

IT IS SO ORDERED this 29th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

---

[1] If there are any changes to Defendant's Pretrial Disclosure Sheet, Counsel is directed to file an Amended Pretrial Disclosure Sheet no later than the same date.